MARGARET ROSENTHAL, SBN 147501
SHAREEF S. FARAG, SBN 251650
JULIE KWUN, SBN 243838
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859
Email:         mrosenthal@bakerlaw.com
                  sfarag@bakerlaw.com
                  jkwun@bakerlaw.com

*Attorneys for Defendant*
CIOX HEALTH, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA HENRY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CIOX Health, a Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.:   3:17-cv-5518<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br><br><br>Date Action Filed:  August 11, 2017 |

Pursuant to Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant HealthPort Technologies, LLC; Defendant CIOX Health, LLC; CT Technologies Intermediate Holdings, Inc., a member/owner of CIOX Health, LLC; and Smart Holdings Corp., a member/owner of CIOX Health, LLC.

Dated:   September 22, 2017

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Julie Kwun*
Margaret Rosenthal
Shareef S. Farag
Julie Kwun

*Attorneys for Defendant*
CIOX HEALTH, LLC