UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA HENRY,<br><br>    Plaintiff,<br><br>v.<br><br>CIOX HEALTH, LLC,<br><br>    Defendant. | Case No. 3:17-cv-05518-WHO<br><br>**CONDITIONAL DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 17 |

The parties have provided notice that they have reached a settlement and are currently formalizing the final settlement agreement. Dkt. No. 17. Accordingly, all dates are vacated and this matter is DISMISSED WITH PREJUDICE. If any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, or the parties agree that the dismissal should be without prejudice, this order shall be vacated and either this cause shall be restored to the calendar for further proceedings or for entry of an amended judgment.

**IT IS SO ORDERED.**

Dated: May 30, 2018

William H. Orrick
United States District Judge